**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-1747

KATHY M. BLEDSOE,

Plaintiff - Appellant,

versus

COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,

Defendant - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins. Robert Earl Maxwell, Senior District Judge. (CA-00-43-2)

Submitted: December 17, 2001          Decided: January 15, 2002

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Susan Kipp McLaughlin, MCLAUGHLIN & CURRY, Fairmont, West Virginia, for Appellant. James A. Winn, Regional Chief Counsel, Region III, Patricia M. Smith, Deputy Chief Counsel, Nicholas Cerulli, Assistant Regional Counsel, Office of the General Counsel, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; Patrick M. Flatley, United States Attorney, Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kathy M. Bledsoe appeals the district court's order granting summary judgment to the Commissioner in her action seeking judicial review of the Commissioner's decision to deny Bledsoe's application for disability insurance benefits. We have reviewed the record, the district court's opinion, and the decision of the administrative law judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Bledsoe v. Commissioner of Social Security</u>, No. CA-00-43-2 (N.D. W. Va. Mar. 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2